UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
MYLA GOTAY, :
:
Plaintiff, :     23-CV-3735 (JMF) (VF)
:
-v- :
:     ORDER
COMMISSIONER OF SOCIAL SECURITY, :
:
Defendant. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     Pursuant to the Court's Order dated May 4, 2023, the parties were required to confer regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before the assigned Magistrate Judge.  *See* ECF No. 7.  If both parties consent, they were required to file on the docket a fully executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge Form within two weeks of the date on which Defendant entered an appearance.  If either party does not consent, they were to file, by the same date, a joint letter advising the Court that the parties do not consent.  Defendant entered an appearance on May 15, 2023.  *See* ECF No. 8.  To date, the parties have not satisfied their obligations.  As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **June 7, 2023**.

     SO ORDERED.

Dated: May 31, 2023
       New York, New York

                                                        JESSE M. FURMAN
                                                 United States District Judge